UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:20-cv-00262 NCC |
| v. | ) ) | |
| CAROLYN VENABLE, | ) ) | |
| Defendant. | ) | |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Come now plaintiffs, through counsel, and dismiss the above-styled case without prejudice.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:   (314) 727-6804


         /s/ Greg A. Campbell
GREG A. CAMPBELL, #35381MO
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2020, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing:  Carolyn Venable, d/b/a New Concept Construction, Inc., 2200 A. State Street, Chester, IL 62233.

         /s/ Greg A. Campbell