# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al., ) ) ) Plaintiffs, ) ) v. ) ) CAROLYN VENABLE d/b/a ) NEW CONCEPT CONSTRUCTION, INC., ) ) Defendant. ) | Case No. 4:20-CV-00262-NCC |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiffs' Motion for Dismissal Without Prejudice (Doc. 6). Plaintiff seeks dismissal of this action without prejudice (*Id.*). Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. As of today's date, Defendant has not answered or otherwise responded to Plaintiffs' Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Dismissal Without Prejudice (Doc. 6) is **GRANTED** and this matter is **DISMISSED, without prejudice**.

**IT IS FURTHER ORDERED** that, in light of the Court's recent Show Cause Order in which the Court directed the Clerk of Court to send a copy of the Show Cause Order to Defendant, the Clerk of Court is directed to send a copy of this Order of Dismissal to Defendant at the following addresses:

> Carolyn J. Venable d/b/a New Concept Construction, Inc.
> 2200-A Street
> Chester, IL 62233

Carolyn J. Venable d/b/a New Concept Construction, Inc.
633 Palestine Road
Chester, IL 62233

Dated this 23rd day of April, 2020.

                                                    /s/ John A. Ross
                                                  **JOHN A. ROSS**
                                                  **UNITED STATES DISTRICT JUDGE**